**1032** HAND vs. AUDITOR GENERAL, No. 16173; 4 D. L. N., 136; 71 N. W., 160.

To compel respondent to issue a deed of certain lands, which had been sold for delinquent taxes and bid in by the State, upon application by relator for the· purchase of the State bid, accompanied by a tender of the necessary amount.

Denied May 11, 1897, with costs, on the ground that respondent was justified in withholding the deed, under Sec. 98, of Act No. 154, Laws of 1895.

Upon taxation of costs the question of respondent's right to tax the expense of printing briefs came up, was referred to the court and the court allowed the same.

**1033** KNEELAND ET AL. vs. AUDITOR GENERAL, No. 16212; 4 D. L. N., 197; 71 N. W., 477.

To compel respondent to issue a deed, where lands assessed as five separate parcels and by as many different descriptions, were advertised and sold for the taxes of 1893, under two descriptions, and the taxes had been paid within the time required by law upon two of the five descriptions, and the parcels upon which the taxes had been paid were included within the descriptions by which the lands were advertised and sold.

Denied May 25, 1897, with costs.

Held, that the respondent was justified in refusing to issue a deed to one who had purchased the State bid, there being no way of determining upon what portion of the land the taxes had been paid.